# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ⎯⎯ D.C.

05 MAY 10 PM 2: 25

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> BRYAN CONSTRUCTION COMPANY, INC., PATTON & TAYLOR CONSTRUCTION CO., TAYLOR GARDNER ARCHITECTS, INC., LOONEY RICKS KISS ARCHITECTS, INC., RICHARD A. BARRON, THE REAVES FIRM, INC., SMITH ENGINEERING FIRM, INC., DAVID W. MILEM, BELZ / SOUTH BLUFFS, INC., HT DEVCO, INC., and STEVE BRYAN, <br><br> Defendants. | Case No. 2:05-cv-02188-JPM-tmp |

## ORDER GRANTING SPECIAL ADMISSION OF THERESA L. KITAY

This Court has considered the motion of Theresa L. Kitay, a member of the state bar of Georgia, for special admission to represent certain Defendants in the above-styled matter. Ms. Kitay has met the requirements of L.R. 83.1(b) for special admission of attorneys. The motion for special admission is hereby **GRANTED**.

SO ORDERED this ___10___ day of ___MAY___, 2005.

_____
JUDGE JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-16-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02188 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Kevin Kijewski
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N. W.
Housing and Civil Enforcement Section
Washington, DC 20530

Thomas J. Keary
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Susan Buckingham Reilly
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Housing and Civil Enforcement Section
Washington, DC 20530

USA

,

Michael S. Maurer
United States Department of Justice Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Theresa L. Kitay
COUGHLIN & KITAY, PC
3091 Holcomb Bridge Rd.
Ste. A-1
Norcross, GA 30071

Honorable Jon McCalla
US DISTRICT COURT

Theresa L. Kitay
COUGHLIN & KITAY, PC
3091 Holcomb Bridge Rd.
Ste. A-1
Norcross, GA 30071

Honorable Jon McCalla
US DISTRICT COURT