IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. <u>05-2188-M1/P</u> |
| | ) | |
| BRYAN CONSTRUCTION COMPANY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER DENYING IN PART DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO ANSWER COMPLAINT

Upon motion of the defendants requesting an enlargement of time to answer or respond to the complaint of the United States, such motion being opposed in part by the United States, IT IS ORDERED, for good cause, that the motion is hereby DENIED, in part, and GRANTED, in part. The defendants must file an answer or respond to the complaint by June 10, 2005.

IT IS SO ORDERED.

TU M. PHAM
United States Magistrate Judge

5/10/05
Date

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 5-16-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02188 was distributed by fax, mail, or direct printing on May 16, 2005 to the parties listed.

---

Kevin Kijewski
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N. W.
Housing and Civil Enforcement Section
Washington, DC 20530

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas J. Keary
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

USA
,

Michael S. Maurer
United States Department of Justice Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Theresa L. Kitay
COUGHLIN & KITAY, PC
3091 Holcomb Bridge Rd.
Ste. A-1
Norcross, GA 30071

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Susan Buckingham Reilly
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Housing and Civil Enforcement Section
Washington, DC 20530

Honorable Jon McCalla
US DISTRICT COURT