UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN -6 PM 5: 02

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff

CASE NO.: 2:05-cv-02188-JPM-tmp

v.

BRYAN CONSTRUCTION COMPANY, INC.,
PATTON & TAYLOR CONSTRUCTION CO.,
TAYLOR GARDNER ARCHITECTS, INC.,
LOONEY-RICKS-KISS ARCHITECT, INC.,
RICHARD A BARRON, THE REAVES FIRM,
INC., SMITH ENGINEERING FIRM, INC.,
DAVID W. MILEM, BELZ / SOUTH BLUFFS,
INC., HT DEVCO, INC. and STEVE BRYAN,

    Defendants.

_____/

## ORDER GRANTING
## MOTION FOR SPECIAL ADMISSION
## OF ATTORNEY JOEL E. ROBERTS

THIS COURT has considered the Motion of Joel E. Roberts, a member of the State of Bar of Florida, for special admission to represent Defendant, Looney Ricks Kiss Architects, Inc., in the above-styled matter. Mr. Roberts has met the requirements of L.R. 83.1(b) for special admission of attorneys. The Motion for Special Admission is hereby **GRANTED**.

SO ORDERED this ___6___ day of ___June___, 2005.

_____
JUDGE JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Proposed Order prepared by:
JOEL E. ROBERTS
Florida Bar No. 0258910
Gray Robinson, P.A.
Post Office Box 3068
Orlando, FL 32802-3068
(407) 843-8880 Telephone
(407) 244-5690 Facsimile
Attorneys for Defendant,
Looney Ricks-Kiss Architect, Inc.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

\75245\2 - # 394387 v1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CV-02188 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Kevin Kijewski
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N. W.
Housing and Civil Enforcement Section
Washington, DC 20530

Thomas J. Keary
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael S. Maurer
United States Department of Justice Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Susan Buckingham Reilly
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Housing and Civil Enforcement Section
Washington, DC 20530

Theresa L. Kitay
COUGHLIN & KITAY, PC
3091 Holcomb Bridge Rd.
Ste. A-1
Norcross, GA 30071

Honorable Jon McCalla
US DISTRICT COURT