UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -8 PM 4: 15

ROBERT R. PLAINTIFF
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

V.                                              CASE NO.: 2:05-cv-02188-JPM-tmp

BRYAN CONSTRUCTION COMPANY, INC.,
PATTON & TAYLOR CONSTRUCTION, CO.,
TAYLOR GARDNER ARCHITECTS, INC.,
LOONEY-RICKS-KISS ARCHITECT, INC.,
RICHARD A. BARRON, THE REAVES FIRM,
INC., SMITH ENGINEERING FIRM, INC.,
DAVID W. MILEM, BELZ / SOUTH BLUFFS,
INC., HT DEVCO, INC. and STEVE BRYAN                         DEFENDANTS

## ORDER GRANTING
## MOTION FOR SPECIAL ADMISSION
## OF ATTORNEY STEVE H. SMITH

THIS COURT has considered the Motion of Steve H. Smith, a member of the State Bar of Mississippi, for special admission to represent Defendants, Bryan construction Company, Inc., and Steve Bryan, in the above-styled matter. Mr. Smith has met the requirements of L.R. 83.1(b) for special admission of attorneys. The Motion for Special Admission is hereby **GRANTED**.

SO ORDERED this ___8___ day of ___June___, 2005.

JUDGE JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Proposed Order prepared by:

Steve H. Smith, Esq. (MSB #7610)
**DunbarMonroe, PLLC**
1855 Lakeland Drive, Suite R-201
Jackson, Mississippi 39216
Telephone: 601.366.1805
Facsimile: 601.366.1885

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CV-02188 was distributed by fax, mail, or direct printing on June 15, 2005 to the parties listed.

---

Thomas J. Keary
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Smith H. Smith
DUNBAR MONROE,PLLC
1855 Lakeland Drive Suite R-201
Jackson, MS 39216

Joel E. Roberts
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

Susan Buckingham Reilly
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Housing and Civil Enforcement Section
Washington, DC 20530

Michael S. Maurer
United States Department of Justice Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Theresa L. Kitay
COUGHLIN & KITAY, PC
3091 Holcomb Bridge Rd.
Ste. A-1
Norcross, GA 30071

Kevin Kijewski
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N. W.
Housing and Civil Enforcement Section
Washington, DC 20530

Jeffrey D. Keiner
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

Honorable Jon McCalla
US DISTRICT COURT