UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA

V.

PLAINTIFF

CASE NO.: 2:05-cv-02188-JPM-tmp

BRYAN CONSTRUCTION COMPANY, INC.,
PATTON & TAYLOR CONSTRUCTION, CO.,
TAYLOR GARDNER ARCHITECTS, INC.,
LOONEY-RICKS-KISS ARCHITECT, INC.,
RICHARD A. BARRON, THE REAVES FIRM,
INC., SMITH ENGINEERING FIRM, INC.,
DAVID W. MILEM, BELZ / SOUTH BLUFFS,
INC., HT DEVCO, INC. and STEVE BRYAN

DEFENDANTS

### ORDER GRANTING MOTION FOR SPECIAL ADMISSION OF ATTORNEY STEVE H. SMITH

THIS COURT has considered the Motion of Steve H. Smith, a member of the State Bar of Mississippi, for special admission to represent Defendants, Bryan construction Company, Inc., and Steve Bryan, in the above-styled matter. Mr. Smith has met the requirements of L.R. 83.1(b) for special admission of attorneys. The Motion for Special Admission is hereby **GRANTED**.

SO ORDERED this **15** day of **June**, 2005.

_____
JUDGE JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

Proposed Order prepared by:

Steve H. Smith, Esq. (MSB #7610)
**DunbarMonroe, PLLC**
1855 Lakeland Drive, Suite R-201
Jackson, Mississippi 39216
Telephone: 601.366.1805
Facsimile: 601.366.1885

This document entered on the docket sheet in compliance with Rule 58 and/or 32(b) FRCrP on 6-16-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 28 in case 2:05-CV-02188 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Susan Buckingham Reilly
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Housing and Civil Enforcement Section
Washington, DC 20530

Smith H. Smith
DUNBAR MONROE,PLLC
1855 Lakeland Drive Suite R-201
Jackson, MS 39216

Joel E. Roberts
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jeffrey D. Keiner
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

Thomas J. Keary
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Michael S. Maurer
United States Department of Justice Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Theresa L. Kitay
COUGHLIN & KITAY, PC
3091 Holcomb Bridge Rd.
Ste. A-1
Norcross, GA 30071

Kevin Kijewski
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N. W.
Housing and Civil Enforcement Section
Washington, DC 20530

Honorable Jon McCalla
US DISTRICT COURT