FILED BY ____ D.C.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE

05 AUG -3 AM 8: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No.:  05-2188 Mc/P
JURY DEMANDED

BRYAN CONSTRUCTION COMPANY, INC.,
PATTON & TAYLOR CONSTRUCTION CO.,
TAYLOR GARDNER ARCHITECTS, INC.,
LOONEY-RICKS-KISS ARCHITECTS, INC.,
RICHARD A. BARRON, THE REAVES FIRM,
INC., SMITH ENGINEERING FIRM, INC.,
DAVID W. MILEM, BELZ/SOUTH BLUFFS,
INC., HT DEVCO, INC., and STEVE BRYAN,

    Defendants.

## ORDER ALLOWING SUBSTITUTION OF COUNSEL

For good cause shown, Mr. William Jeter, Suite 300, 35 Union Avenue, Memphis, TN 38103, (901) 544-1556 is hereby substituted as counsel for Defendant Taylor Gardner Architects, Inc. in lieu of Mr. John McQuiston II of the firm of Evans & Petree, P.C.

_JmPMcCalla_  /Aug 1, 2005
UNITED STATES DISTRICT JUDGE or
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-3-05

43

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:05-CV-02188 was distributed by fax, mail, or direct printing on August 3, 2005 to the parties listed.

---

Steve H. Smith
DUNBAR MONROE
1855 Lakeland Dr
Ste R-201
Jackson, MS 39216

Ted M. Hayden
HAYDEN LAW FIRM
2198 Judicial Drive
Corporate Centre
Germantown, TN 38138

Kevin Kijewski
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N. W.
Housing and Civil Enforcement Section
Washington, DC 20530

Barry W. Bridgforth
BRIDGFORTH & BUNTIN ATTORNEYS
1607 Main St.
Southaven, MS 38671

Joel E. Roberts
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

John McQuiston
STOKES BARTHOLOMEW EVANS & PETREE, P.A.
1000 Ridgeway Loop Rd.
Ste. 200
Memphis, TN 38120

Susan Buckingham Reilly
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Housing and Civil Enforcement Section
Washington, DC 20530

Michael S. Maurer
United States Department of Justice Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Jeffrey D. Keiner
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

Ted M. Hayden
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Thomas J. Keary
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

Theresa L. Kitay
COUGHLIN KITAY & EDELSTEIN, P.C.
4750 Lincoln Blvd.
Ste. 483
Marina del Rey, CA 90292

Honorable Jon McCalla
US DISTRICT COURT