FILED BY _____ D.C.

05 SEP 26 PM 1: 28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| BRYAN CONSTRUCTION COMPANY, INC., | ) |
| PATTON & TAYLOR CONSTRUCTION CO., | ) Case No.: 05-2188-Ml/P |
| TAYLOR GARDNER ARCHITECTS, INC., | ) |
| LOONEY-RICKS-KISS ARCHITECTS, INC., | ) |
| RICHARD A. BARRON, THE REAVES FIRM, | ) |
| INC., SMITH ENGINEERING FIRM, INC., | ) |
| DAVID W. MILEM, BELZ / SOUTH BLUFFS, | ) |
| INC., HT DEVCO, INC. and STEVE BRYAN, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For good cause shown and with no objection from the defendants, the Plaintiff United States' Motion for Leave to Amend its Complaint is hereby GRANTED and its First Amended Complaint In Intervention is hereby filed.

_____
United States ~~District~~ Judge
Magistrate

Dated: September 26, 2005.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 9-26-05



# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CV-02188 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Theresa L. Kitay
COUGHLIN KITAY & EDELSTEIN, P.C.
4750 Lincoln Blvd.
Ste. 483
Marina del Rey, CA 90292

Kevin Kijewski
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N. W.
Housing and Civil Enforcement Section
Washington, DC 20530

Barry W. Bridgforth
BRIDGFORTH & BUNTIN ATTORNEYS
1607 Main St.
Southaven, MS 38671

Gary A. Vanasek
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steve H. Smith
DUNBAR MONROE
1855 Lakeland Dr
Ste R-201
Jackson, MS 39216

Jeffrey D. Keiner
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

Thomas J. Keary
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., NW
Housing & Civil Enforcement Section- G S
Washington, DC 20530

William M. Jeter
LAW OFFICE OF WILLIAM JETER
35 Union Ave.
Ste. 300
Memphis, TN 38103

Joel E. Roberts
GRAY ROBINSON, P.A.
301 E. Pine Street
Ste. 1400
Orlando, FL 32802--306

Susan Buckingham Reilly
U.S. DEPARTMENT OF JUSTICE
950 Pennsylvania Ave., N.W.
Housing and Civil Enforcement Section
Washington, DC 20530

Ted M. Hayden
LESS GETZ & LIPMAN
100 Peabody Place
Ste. 1000
Memphis, TN 38103

Ted M. Hayden
HAYDEN LAW FIRM
2198 Judicial Drive
Corporate Centre
Germantown, TN 38138

Harriett M. Halmon
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael S. Maurer
United States Department of Justice Civil Rights Division
950 Pennsylvania Avenue NW
Washington, DC 20530

Honorable Jon McCalla
US DISTRICT COURT